IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:07CR86

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ROBERT ANDREW POWER ) | |

**THIS MATTER** is before the Court *sua sponte* to advise the parties herein that this case will not be called for trial before January 22, 2008. In the event the Court is unable to begin the trial on that date, the parties will be so notified.

**IT IS SO ORDERED.**

Signed: January 4, 2008

Lacy H. Thornburg
United States District Judge