UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:07CR86 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| ROBERT ANDREW POWER | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Bill of Indictment herein.

For the reasons stated and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED,** and the indictment herein is hereby **DISMISSED** due to the death of the Defendant.

The Clerk is directed to transmit copies of this Order electronically to defense counsel, the U. S. Marshal, U.S. Probation Office and the United States Attorney's Office.

Signed: February 27, 2008

Lacy H. Thornburg
United States District Judge